# **<u>EXHIBIT 1</u>**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRIAN [MICHAEL] ALEXANDER,

    Plaintiff,

-v-

STEVEN J. KWASNIK and
ANNIE HARRISON,

    Defendants.

_____/

Hon. Janet Neff

File No. 1:18-cv-930

J. Nicholas Bostic (P40653)
Attorney for Plaintiffs
909 N. Washington Ave.
Lansing, MI 48906
(517) 706-0132

Bonnie G. Toskey (P30601)
Sarah K. Osburn (P55539)
Cohl, Stoker & Toskey
Attorneys for Defendants
601 N. Capitol Avenue
Lansing, MI 48933
(517) 372-9000
btoskey@cstmlaw.com
glove@cstmlaw.com

## AFFIDAVIT OF ANNIE HARRISON

Annie Harrison, being first duly sworn, avers as follows:

1.    I make this affidavit on the basis of personal knowledge, and am competent to so testify if called as a witness at a trial or hearing.

2.    I am, and at all relevant times was, a Deputy Sheriff of Ingham County.

3.    On January 13, 2015, I presented Ingham County Assistant Prosecuting Attorney Debra Rousseau with a warrant request, seeking to charge Brian Michael Alexander with Criminal Sexual Conduct involving his adolescent step-daughter.

4. Ingham County Assistant Prosecuting Attorney Rousseau reviewed the details of the investigation, including interviews of the victim, the victim's mother, and others, and authorized the issuance of an arrest warrant charging four (4) counts of 2nd Degree Criminal Sexual Conduct under MCL 750.520c(1)(b) (victim at least 13 but less than 16 years of age) against Brian Alexander. The Ingham County Prosecutor's Office warrant procedure required the review and approval of a second Attorney, which review and approval was provided by Assistant Prosecuting Attorney Michael Cheltenham.

5. The decision to authorize the issuance of the arrest warrant and to commence prosecution of Brian Alexander was not mine. My duty and responsibility is to make a request or recommendation to a prosecuting attorney, and then to step back and allow the prosecutor to make any such determination independently; I neither influenced nor did I cajole, urge, or otherwise prevail upon Assistant Prosecuting Attorney Rousseau to subordinate her independent judgment to my own.

6. Notwithstanding later developments with the victim's clarification regarding her school attendance on the date of the last assault, regarding which I had no knowledge, the information I provided to Ingham County Assistant Prosecuting Rousseau on January 13, 2015 remains, to the best of my knowledge, truthful, accurate, and complete. I did not learn of the victim's clarification regarding her school attendance until the victim actually testified at trial.

7. I did attend a trial preparation meeting on August 13, 2015 at the Ingham County Prosecutor's Office which included the victim, Assistant Prosecuting Attorney Steven Kwasnik, Ingham County Victim Rights Specialist Marissa Berry and me. I prepared a supplemental report following that meeting. (See Detective Annie Harrison's

Daily Activity Report for August 13, 2015 attached as Exhibit A and Supplemental Report dated August 15, 2015 attached as Exhibit B).

8. The claim of Brian Alexander that I was present along with Assistant Prosecuting Attorney Steven Kwasnik, at the second trial preparation meeting held at the Courtroom with the victim on August 25, 2015 when the victim clarified certain details regarding the school day events leading up to the last assault is without basis in fact. I was not present at the August 25, 2015 second trial preparation meeting attended by Assistant Prosecuting Attorney Kwasnik and the victim to prepare the victim for trial. (See Detective Annie Harrison's Daily Activity Report for August 25, 2015 attached as Exhibit C).

Further affiant says naught.

_____
Annie Harrison

Subscribed and sworn before me this 15th day of March, 2019.

_____
Rebecca R. Taylor
Notary Public

REBECCA R. TAYLOR
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires February 11, 2023
Acting in the County of Ingham

# **Exhibit 1-A**

# INGHAM COUNTY SHERIFF'S OFFICE
## DAILY ACTIVITY REPORT

Name: ANNIE HARRISON  Badge: 5371  Date: 8·13·15  Shift: Days  Unit: D36

| File Class | Hours | Activity | Hours | Activity | Hours | Activity | # |
|---|---|---|---|---|---|---|---|
| 11007 | 3.5 | Administrative | 2.0 | Extra Delhi | | Felony Arrests | |
| 11001 | 1.5 | Briefing | | Extra Webberville | | Misdemeanor Arrests | |
| | | Reports | | Asst. Other Dept. | | Civil Arrests | |
| | | On-Duty Court Time | 1.5 | VCI | | Total Arrests | |
| | | Vehicle Maintenance | | | | Self-Initiated | |
| | | Break | .5 | | | | |
| | | Training | | | | Vehicle Number | 36 |
| | | Background Invest. | | | | Total Vehicle Mileage | |
| # Original Rpt. | | Photographs | | Interviews with: | # | | |
| # Blotter Rpt. | | Subpoena | | Victim | 1 | | |
| # Supplement Rpt. | 1 | Forfeitures | | Suspect | | | |
| | | Extraditions | | Witness | | Warrant Requests Made | |
| Personal Leave | | Line Ups | | Forensic | # | Misd. Warrants Issued | |
| Sick Time | | Evidence | | # of Meetings | | Fel Warrants Issued | |
| Vacation | | Warrants | | # of Polygraphs | | Juv. Petitions Issued | |
| Overtime Hours | | Surveillance | | | | | |
| | | Special Assignment | | | | No. Persons Invest. | |
| | | Liquor License | | | | | |
| Total Hours | 9 | Firearms License | | | | | |

| Start | Cleared | Type | | Comp. Number | File Class |
|---|---|---|---|---|---|
| 0800 | | | Ofc admin | | |
| 0830 | | | 30th ct - ambler | 19.0520 | 11001 |
| 1000 | | Supp | Pros Ofc, (D) int | 15.00205 | 11007 |
| 1200 | | | 10.7 | | |
| 1230 | | | Ofc cases, reports, | | |
| | 1700 | | final prep | | |

Signature: _____

SF-361 (05/13)

# **Exhibit 1-B**

| | |
|---|---|
| Agency: Ingham County Sheriffs Office | Incident |
| Officer ID/Name: 5371 \ ANNIE HARRISON | Incident Number: 15-00205 |
| Date: 8/17/2015 12:00:00AM | Case Number: 15-00205 |

Narrative Title: **SUPPLEMENTAL DICTATION BY:**

COMPLAINT NUMBER: 15-00205
FILE CLASS:          11007/Criminal Sexual Conduct
ORIGINAL DATE:       1-8-15
SUPP. DATE:          8-14-15

SUPPLEMENTAL INFORMATION
I conducted continued investigation through 8-14-15

SCHOOL ATTENDANCE RECORDS
Jan Dodge and Kristie Hagerman
Holt Public Schools
5780 W. Holt Rd
Holt MI 48842
517-694-0401

I received the attached attendance records from JAN DODGE at Holt Public Schools Administration. She provided me with the attendance records and record keys. She advised KRISTIE HAGERMAN would have been in charge of the attendance records.

VICTIM CONTACT
On 8-13-15 I spoke to the victim, MADISON BOSTWICK, while she was at the Ingham County Prosecutor's Office, after meeting with the Prosecutor.

MADISON is no longer living with her mother because things became too difficult and painful for her to be there. MADISON said her mother has told her many times that she doesn't believe her and she calls her a "manipulative liar" or a "liar." STEFANI has told MADISON more than once, "I feel so bad for him (BRIAN)."

MADISON was still living with her mom at the time of the preliminary exam. MADISON said after she testified, her mom STEFANI went over to BRIAN and the defense team in the hallway and socialized. MADISON said this was extremely hurtful to her. MADISON said, "I was sad." "That was the point that I lost a lot of hope." MADISON said before she testified STEFANI acted supportive in front of other people, but "behind the scenes at home it was a different story. She would never be supportive of me at home." MADISON said typically STEFANI would just pretend it wasn't happening and say nothing to her about it at all. STEFANI would frequently leave with the younger kids to be with BRIAN and leave MADISON home and be dishonest to her about where she was.

MADISON said this has "dramatically" changed her life. MADISON said her mom doesn't support her at all. Instead MADISON tried to support her mother. "I was always trying to help her instead of her helping me."

MADISON was completely unaware that she was being recorded in the restaurant by STEFANI. Prior to the recording begins, MADISON said STEFANI told her that she knows they don't usually talk about it and she wanted to talk about it. MADISON thought STEFANI was going to try to improve their relationship. MADISON was shocked to learn of the recording and realizes that STEFANI's intent was to record her and not to be sincere about trying to talk about things.

SEARCH WARRANT
On 8-12-15 I swore to a search warrant to take crime scene photographs at 2100 Moorwood Drive.

On 8-13-15 DET BRAD DELANEY and I went to 2100 Moorwood Dr to execute the search warrant. Photographs are provided on a cd.

While I was taking photographs I observed locks on the exterior of doors, including the children's bedrooms. I asked STEFANI why there were locks on the exterior of the children's bedrooms. She didn't answer me. I asked her again and she said she heard my question the first time and she was not going to answer me or tell me about the locks. I asked her where she stood on the case. She said I already knew where she stood on it. I told her I would like to talk about her recording MADISON. She said she wasn't going to talk about it with me because she doesn't trust me. She said she was going to record me. She said

| | |
|---|---|
| Agency: Ingham County Sheriffs Office | Incident |
| Officer ID/Name: 5371 \ ANNIE HARRISON | Incident Number: 15-00205 |
| Date: 8/17/2015 12:00:00AM | Case Number: 15-00205 |

Narrative Title: **SUPPLEMENTAL DICTATION BY:**

she needed to consult an attorney.

I served the return and tabulation on STEFANI ALEXANDER.

The file is with the court.

PHOTOGRAPHS
Image 001- 005 Exterior
Image 006 - 020 Main level
Image 021 - 040 Basement
Image 041 - 042 Leading to 2nd level
Image 5712, 5713, 5714, 5715 were taken on 7-29-15 of the exterior
Image 6035 - 6047 Basement
Image 6048 - 6083 2nd level

TRANSCRIPT
A transcript of the original interview with BRIAN ALEXANDER was provided.

DISPOSITION
This report will remain on file at the Ingham County Sheriff's Office, Central Records Division. A copy of this report will be forwarded to CPS.

STATUS
Open, pending prosecution.

Respectfully submitted,        Reviewed by,

_____        _____

Det. Annie Harrison, Badge 5371

# Exhibit 1-C

# INGHAM COUNTY SHERIFF'S OFFICE
## DAILY ACTIVITY REPORT

Name: ANNIE HARRISON   Badge: 5371   Date: 8·25·15   Shift: Days   Unit: D36

| File Class | Hours | Activity | Hours | Activity | Hours | Activity | # |
|---|---|---|---|---|---|---|---|
| 11001 | 7.0 | Administrative | 1.0 | Extra Delhi | | Felony Arrests | |
| | | Briefing | | Extra Webberville | | Misdemeanor Arrests | |
| | | Reports | 4.0 | Asst. Other Dept. | | Civil Arrests | |
| | | On-Duty Court Time | | VCI | | Total Arrests | |
| | | Vehicle Maintenance | | | | Self-Initiated | |
| | | Break | .5 | | | | |
| | | Training | | | | Vehicle Number | 36 |
| | | Background Invest. | | | | Total Vehicle Mileage | |
| # Original Rpt. | 1 | Photographs | | Interviews with: | # | | |
| # Blotter Rpt. | | Subpoena | | Victim | | | |
| # Supplement Rpt. | | Forfeitures | | Suspect | 1 | | |
| | | Extraditions | | Witness | 1 | Warrant Requests Made | |
| Personal Leave | | Line Ups | | Forensic | #2 | Misd. Warrants Issued | |
| Sick Time | | Evidence | | # of Meetings | | Fel Warrants Issued | |
| Vacation | | Warrants | | # of Polygraphs | | Juv. Petitions Issued | |
| Overtime Hours | 4.5 | Surveillance | | | | | |
| | | Special Assignment | | | | No. Persons Invest. | |
| | | Liquor License | | | | | |
| Total Hours | 12.5 | Firearms License | | | | | |

| Start | Cleared | Type | | Comp. Number | File Class |
|---|---|---|---|---|---|
| 0900 | | | Ofc admin, cases, 10.7 reports | | |
| 1430 | | C | Ofc CSC | 15.07298 | 11001 |
| 1500 | | | 1253 Harper Apt B | | |
| 1530 | | | CAC, Forensic +(W) | | |
| 1700 | | | 1253 Harper Apt B Forensic | | |
| 1800 | | | Ofc (S) interview, arrest, | | |
| | 2130 | | TOT property, 10.42 | | |

Signature: _____

SF-361 (05/13)